UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

In re:                                              :        CHAPTER 11
                                                    :
**2626 BWAY LLC**                                   :
                                                    :
                                                    :        **Case No.  10-14731 (SCC)**
                                                    :
                             **Debtor.**            :

------------------------------------------------------------- X


**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

TO:     Clerk, U.S. Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

**PLEASE TAKE NOTICE** that **Broadway Metro Associates, L.P.** by

and through its counsel, **M. TERESA DALEY LAW OFFICES, P.C.,** hereby

appears in the above-captioned proceeding and requests that all notices and all

papers served or required to be served in this case by the Court, the Debtor,

and/or any other parties-in-interest, be given to and served upon the undersigned

attorneys at the following address:

> M. TERESA DALEY LAW OFFICES, P.C.,
> 520 EIGHTH AVENUE, 24TH FLOOR
> NEW YORK, NEW YORK 10018
> ATTENTION: M. TERESA DALEY, ESQ.
> (P) 212-560-3941
> (F) 917-351-0983
> Email – tdaley@newmarkkf.com

1

Dated: New York, New York
      September 7, 2010

                                  M. TERESA DALEY LAW OFFICES, P.C.
                                  Attorneys for Paramount Leasehold, L.P.

                          BY:  s/M. Teresa Daley (6836)
                                  M. TERESA DALEY (6836)
                                  520 Eighth Avenue, 24th Floor
                                  New York, New York 10018
                                  (P) 212-560-3941
                                  (F) 917-351-0983

**TO:**

U.S. Trustee
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004
(212) 510-0500

And to:

Robinson Brog Leinward Greene et. al.
Attorney for Debtor
Attention: A. Mitchell Greene, Esq.
875 Third Avenue, 9th Floor
New York, NY  10022
(212) 603-6300

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re:

CHAPTER 11

2626 BWAY LLC

Case No. 10-14731 (SCC)

Debtor.

----------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

M. TERESA DALEY LAW OFFICES, P.C.
ATTORNEY FOR PETITIONER
520 EIGHTH AVENUE, 24th Fl.
NEW YORK, NY 10018
(212) 560-3941