UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                              Chapter 11

    2626 BWAY LLC                              Case No. 10-14731 (SCC)

        Debtor.                                 AFFIDAVIT OF SERVICE
                                                BY MAIL

-----------------------------------------------------------------X
STATE OF NEW YORK:
                  ss:
COUNTY OF NEW YORK:

    MAUREEN ZAIKOWSKI, over 18 years of age, duly sworn according to law deposes and says:

1. I am employed at M. Teresa Daley Law Offices, P.C. at 520 Eighth Avenue, 24TH Floor., New York, New York 10018, and I am not a party to this action.

2. On September 7, 2010 I mailed a copy of the Notice of Appearance and Demand For Service of Papers to the following;

    1. Clerk, U.S. Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408

    2. U.S. Trustee, United States Trustee at 33 Whitehall Street, 21st Floor, New York, NY 10004 and

    3. Robinson Brog Leinward Greene et.al., Attention: A. Mitchell Greene, Esq., 875 Third Avenue, 9th Floor, New York, NY 10022

by enclosing a copy of same into a UPS Overnight Mail Envelope and by depositing the same in a United Parcel Service depository under the exclusive care and custody of the United Parcel Service depository within the State, that being the last known address of the above named.

                                          MAUREEN ZAIKOWSKI

Sworn to and Subscribed before me
this 9th day of September 2010

_____
Notary Public

JUDITH FABRIZIO
Notary Public State of New York
No. 01FA5017842
Qualified in Queens County
Commission Expires October 24, 2013