**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **2626 BWAY LLC**

Case No. **10-14731**

**Debtor**

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **5** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **9/17/2010**

Signed: **s/ JOHN SOUTO**
**JOHN SOUTO**

Signed: /A. Mitchelle Greene
**A. MITCHELL GREENE**
Attorney for Debtor(s)
Bar no.:
**ROBINSON BROG LEINWAND GREENE ET AL.**
**875 THIRD AVENUE**
**9TH FLOOR**
**NEW YORK, NY**
**10022**
Telephone No.: **212-603-6300**
Fax No.:
E-mail address:

TRAVELERS INDEMNITY COMPANY
900 WATERVILET-SHAKER ROAD
SUITE 220
ALBANY, NY 12205


212 EQUITIES
532 LAGUARDIA PLACE
SUITE 167
NEW YORK, NY 10012


ADAMS ROTHKRUG ESQ
55 WATERMILL LAE
SUITE 200
GREAT NECK, NY 11021


ADG ARCHITECTURE & DESIGN GROUP
ATTN CHRIS CARRANO
20 WEST 36TH STREET, 4TH FLOOR
NEW YORK, NY 10018


BARSIMATOV PLUMBING CO. INC.
ATTN JAKE JOA
108-04 JAMAICA AVENUE
RICHMOND HILL, NY 11418


AREK SURVEYING COMPANY
58 EAST BEVERLY PARKWAY
VALLEY STREAM, NY 11580



BROADWAY METRO ASSOCIATES LLP
ATTN ALBERT BIALEK, ESQ
249 WEST 34TH STREET
2ND FLOOR
NEW YORK, NY 10001

CATALYST DEVELOPMENT GROUP
ROBERT CHARLES
28 WEST 36TH STREET
SUITE 880
NEW YORK, NY 10018

CENT EQUITIES
525 EAST 81ST STREET
SUITE 3B
NEW YORK, NY 10028

CON EDISON
JAF STATION
P.O. BOX 1702
NEW YORK, NY 10116


CON EDISON
4 IRVING PLACE
NEW YORK, NY 10003


CORNICELLO TENDLER & BAUMEL-CORNICE
ATTN DAVID TENDLER, ESQ
2 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005


CP30 HOLDINGS LLC
131 CHRISTOPHER STREET
NEW YORK, NEW YORK 10014


CLAUDE CASTRO & ASSOCIATES, PLLC
ATTN CLAUDE CASTRO, ESQ
355 LEXINGTON AVENUE, 14TH FLOOR
NEW YORK, NY 10017


FT WASHINGTON ASSOCIATES, INC
525 EAST 82ND STREET
SUITE 7G
NEW YORK, NY 10028


DIXON MAINTENANCE GROUP
ATTN GREG DIXON
720 FENIMORE STREET
BROOKLYN, NY 11203


ELENOFF & GROSSMAN SCHOLE LLP
ATTN ALAN SCHOLE, ESQ
150 EAST 42ND STREET, 11TH FLOOR
NEW YORK, NY 10017


FUNDEX CAPITAL COMPANY
535 5TH AVENUE
26TH FLOOR
NEW YORK, NY 10017

GILL DI LUCIA ESQ
265 EAST 66TH STREET
SUITE 3B
NEW YORK, NY 10065


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114


JACK JAFFA AND ASSOCIATES
56 WILLOUGHBY STREET
SECOND FLOOR
BROOKLYN, NY 11201


JOE ESPOSITO
CORPORATE BUILDERS
248-22 JERICHO TURNPIKE
BELLROSE TERRACE, NY 11001


JOHN SOUTO
131 CHRISTOPHER STREET
NEW YORK, NY 10014


LIVER AND SWEENEY PLUMBING LTD
ATTN JAKE JOA
108-04 JAMAICA AVENUE
RICHMOND HILL, NY 11418


LMW ENGINEERING
2539 BRUNSWICK AVENUE
LINDEN, NJ 07306


MANHATTAN NEON SIGN CORPORATION
640 WEST 28TH STREET
NEW YORK, NY 10001


MEHANDES ENGINEERING
1150 AVENUE OF THE AMERICAS
5TH FLOOR
NEW YORK, NY 10036

```
MUESER RUTLEDGE CONSULTING ENGINEER
225 WEST 34TH STREET
NEW YORK, NY 10122



New York City Dept of Environ Prote
NYC Water Board
P.O. Box 410
Church Street Station
New York, New York 10008


NEW YORK STATE DEPARTMENT OF FINANC
BANKRUPTCY/SPECIAL PROCEDURES SECT
P.O. BOX 5300
ALBANY, NY 12205-0300



NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201




RAMDEEN ELECTRIC CORP.
ATTN JOHN CHIUSSANO
1014 CAMBELL WAY
TOBHANNA, PA 18466



RODNEY GIBBLE CONSULTING ENEGINEERS
ATTN RODNEY GIBBLE
19 WEST 21ST STREET, SUITE 501
NEW YORK, NY 10010



MANAGED BY SOUTO
162 CHRISTOPHER STREET
NEW YORK, NY




SEYMOUR HUROWITZ ESQ
19 WEST 44TH STREET
SUITE 1507
NEW YORK, NY 10036



SHERWOOD SALVAN ESQ
575 MADISON AVENUE
SUITE 1006
NEW YORK, NY 10022
```

```
SILVER STAR PLUMBING COMPANY
ATTN JAKE JOA
108-04 JAMAICA AVENUE
RICHMOND HILL, NY 11418


SOUTO NEW YORK EQUITIES, INC.
131 CHRISTROPHER STREET
NEW YORK, NEW YORK 10014



SOUTO NEW YORK, INC.
131 CHRISTROPHER STREET
NEW YORK, NEW YORK 10014



URBAN OUTFITTERS
5000 SOUTH BROAD STREET
PHILADELPHIA, PA 19112



VILAN ELECTRIC, LTD
ATTN JOHN CHUISSANO
1984 CAMBELL WAY
TOBYHANNA, PA 18466
```