**B9F (Official Form 9F)** (Chapter 11 Corporation/Partnership Asset Case) (12/08) Case Number **10−14731−scc**

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor listed below was filed on September 3, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be reviewed on the court's Electronic Case File System (ECF) using a PACER login and password at www.nysb.uscourts.gov or at any of the three divisions of the court during posted business hours.
NOTE: The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
2626 BWAY, LLC
131 Christopher Street
2nd Floor
New York, NY 10014

| Case Number: 10−14731−scc | Taxpayer ID/Employer ID/Other Nos.: 65−1291287 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Arnold Mitchell Greene<br>Robinson Brog Leinwand Greene<br>Genovese & Gluck, P.C.<br>875 Third Avenue<br>9th Floor<br>New York, NY 10022<br>Telephone number: (212) 603−6300 | |

## Meeting of Creditors

Date: **October 4, 2010** Time: **02:30 PM**

Location: **Office of the United States Trustee, 80 Broad Street, Fourth Floor, New York, NY 10004−1408**

Where, pursuant to 11 U.S.C. §§ 341(e), the Court has signed an order waiving the requirements of holding a §§ 341(a) meeting of creditors, there will be no meeting scheduled and the above section will be blank. Please refer to the reverse side of this document under "Meeting of Creditors" for more information.

## Deadlines to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>One Bowling Green<br>New York, NY 10004−1408<br>Telephone number: 212−668−2870 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Vito Genna |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 5:00 PM | Date: September 15, 2010 |

# EXPLANATIONS

**B9F (Official Form 9F) (12/08)**

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§ 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office or online at www.uscourts.gov/bkforms. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office or online with a PACER login and password at www.nysb.uscourts.gov. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §§ 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §§ 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| | −− Refer to Other Side for Important Deadlines and Notices −− |

**B10 (Official Form 10) (04/10)**

**UNITED STATES BANKRUPTCY COURT Southern District of New York**

**PROOF OF CLAIM**

Name of Debtor: 2626 BWAY, LLC

Case Number: 10-14731 (scc)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**______________
(*If known*)

Filed on:_____________________

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $________________________________

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** ______________________________
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ______________________

**3a. Debtor may have scheduled account as:** ____________________
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property: $**________________ **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**__________________ **Basis for perfection:** ____________________

**Amount of Secured Claim: $**__________________ **Amount Unsecured: $**__________________

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_______________

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:**

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

**__________DEFINITIONS__________**

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.
A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identi fication, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**______INFORMATION______**

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

**This claim should be returned to: Clerk, U.S. Bankruptcy Court, Manhattan Division One Bowling Green**
**New York, NY 10004-1408 .**
**Claims must be received at the court on or before any last date for filing claims which you may have received.**
**This court will not accept faxed claims.**

# CERTIFICATE OF NOTICE

District/off: 0208-1 User: mlopez Page 1 of 2 Date Rcvd: Sep 15, 2010
Case: 10-14731 Form ID: b9f Total Noticed: 39

The following entities were noticed by first class mail on Sep 17, 2010.

db +2626 BWAY, LLC, 131 Christopher Street, 2nd Floor, New York, NY 10014-2844
aty +Arnold Mitchell Greene, Robinson Brog Leinwand Greene, Genovese & Gluck, P.C., 875 Third Avenue, 9th Floor, New York, NY 10022-0123
aty +M. TERESA DALEY LAW OFFICES, P.C., M. TERESA DALEY LAW OFFICES, P.C., 520 EIGHTH AVENUE, 24TH FLOOR, NEW YORK, NY 10018-6507
aty +M. Teresa Daley, 520 Eighth Avenue, 24th Floor, New York, NY 10018-6507
smg N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551
smg New York City Dept. Of Finance, 345 Adams Street, 3rd Floor, Attn: Legal Affairs - Devora Cohn, Brooklyn, NY 11201-3719
smg New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300
smg United States Attorney, One St. Andrew's Plaza, Claims Unit - Room 417, New York, NY 10007-1701
ust +United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004-2122
5292791 +212 EQUITIES, 532 LAGUARDIA PLACE, SUITE 167, NEW YORK, NY 10012-1428
5292792 +ADG ARCHITECTURE & DESIGN GROUP, ATTN CHRIS CARRANO, 20 WEST 36TH STREET, 4TH FLOOR, NEW YORK, NY 10018-8005
5292793 +BARSIMATOV PLUMBING CO. INC., ATTN JAKE JOA, 108-04 JAMAICA AVENUE, RICHMOND HILL, NY 11418-2242
5292794 +BROADWAY METRO ASSOCIATES LLP, ATTN ALBERT BIALEK, ESQ, 249 WEST 34TH STREET, 2ND FLOOR, NEW YORK, NY 10001-2815
5292796 +CENT EQUITIES, 525 EAST 81ST STREET, SUITE 3B, NEW YORK, NY 10028-7066
5292797 +CLAUDE CASTRO & ASSOCIATES, PLLC, ATTN CLAUDE CASTRO, ESQ, 355 LEXINGTON AVENUE, 14TH FLOOR, NEW YORK, NY 10017-6603
5292799 +CON EDISON, 4 IRVING PLACE, NEW YORK, NY 10003-3598
5292798 +CON EDISON, JAF STATION, P.O. BOX 1702, NEW YORK, NY 10116-1702
5292800 +CORNICELLO TENDLER & BAUMEL-CORNICELLO, ATTN DAVID TENDLER, ESQ, 2 WALL STREET, 20TH FLOOR, NEW YORK, NY 10005-2045
5292801 +CP30, 131 CHRISTROPHER STREET, NEW YORK, NEW YORK 10014-2842
5292802 +DIXON MAINTENANCE GROUP, ATTN GREG DIXON, 720 FENIMORE STREET, BROOKLYN, NY 11203-1802
5292803 +ELENOFF & GROSSMAN SCHOLE LLP, ATTN ALAN SCHOLE, ESQ, 150 EAST 42ND STREET, 11TH FLOOR, NEW YORK, NY 10017-5659
5292804 +FT WASHINGTON ASSOCIATES, INC, 525 EAST 82ND STREET, SUITE 7G, NEW YORK, NY 10028-7158
5292806 +JOHN SOUTO, 131 CHRISTOPHER STREET, NEW YORK, NY 10014-2842
5292807 +LIVER AND SWEENEY PLUMBING LTD, ATTN JAKE JOA, 108-04 JAMAICA AVENUE, RICHMOND HILL, NY 11418-2242
5296141 +M. Teresa Daley Law Offices, P.C., 520 Eighth Avenue, 24th Floor, New York, New York 10018-6507, Attn: M. Teresa Daley, Esq.
5292808 +MUESER RUTLEDGE CONSULTING ENGINEER, 225 WEST 34TH STREET, 14 PENN PLAZA, NEW YORK, NY 10122-0049
5292810 NEW YORK STATE DEPARTMENT OF FINANC, BANKRUPTCY/SPECIAL PROCEDURES SECT, P.O. BOX 5300, ALBANY, NY 12205-0300
5292811 +NYS UNEMPLOYMENT INSURANCE FUND, P.O. BOX 551, ALBANY, NY 12201-0551
5292809 +New York City Dept of Environ Prote, NYC Water Board, P.O. Box 410, Church Street Station, New York, New York 10008-0410
5292812 +RAMDEEN ELECTRIC CORP., ATTN JOHN CHIUSSANO, 1014 CAMBELL WAY, TOBHANNA, PA 18466-4035
5292813 +RODNEY GIBBLE CONSULTING ENEGINEERS, ATTN RODNEY GIBBLE, 19 WEST 21ST STREET, SUITE 501, NEW YORK, NY 10010-6874
5292814 +ROYAL BLUE REALTY HOLDINGS, INC, 162 CHRISTOPHER STREET, NEW YORK, NY 10014-2814
5292815 +SILVER STAR PLUMBING COMPANY, ATTN JAKE JOA, 108-04 JAMAICA AVENUE, RICHMOND HILL, NY 11418-2242
5292816 +SOUTO NEW YORK EQUITIES, INC., 131 CHRISTROPHER STREET, NEW YORK, NEW YORK 10014-2842
5292817 +SOUTO NEW YORK, INC., 131 CHRISTROPHER STREET, NEW YORK, NEW YORK 10014-2842
5292818 +URBAN OUTFITTERS, 5000 SOUTH BROAD STREET, PHILADELPHIA, PA 19112-1495
5292819 VILAN ELECTRIC, LTD, ATTN JOHN CHUISSANO, 1984 CAMBELL WAY, TOBYHANNA, PA 18466

The following entities were noticed by electronic transmission on Sep 15, 2010.

smg EDI: IRS.COM Sep 15 2010 15:58:00 Internal Revenue Service, 290 Broadway, Insolvency 5th fl, New York, NY 10007
5292805 EDI: IRS.COM Sep 15 2010 15:58:00 INTERNAL REVENUE SERVICE, P.O. BOX 21126, PHILADELPHIA, PA 19114

TOTAL: 2

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

5292795 BROADWAY METRO ASSOCIATES LP

TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0208-1 User: mlopez Page 2 of 2 Date Rcvd: Sep 15, 2010
Case: 10-14731 Form ID: b9f Total Noticed: 39

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2010** **Signature:** Joseph Speetjens