**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:                           :

        **2626 BWAY LLC,**            :

                  **Debtor.**       :

**Chapter 11**

**Case No. 10-14731 (SCC)**

-----------------------------------------------------------X

**STATE OF NEW YORK:**

               **ss:**

**COUNTY OF NEW YORK:**

    **MAUREEN ZAIKOWSKI**, over 18 years of age, duly sworn according to law deposes and says:

    1.   I am employed at M. Teresa Daley Law Offices, P.C. at 520 Eighth Avenue, 24TH Floor., New York, New York 10018, and I am not a party to this action.

    2.   On September 21, 2010 I mailed a copy of the Notice of Motion of Broadway Metro Associates L.P. For An Order (A) Granting Relief From The Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) and (d)(2); Or In The Alternative (B) Dismissing This Chapter 11 Case Pursuant To The 11 U.S.C. § 1112 (b); And (C) For Related Relief to the following:

      1.  2626 BWAY LLC, Debtor at 131 Christopher Street, 2nd Floor, New York, NY 10014; UPS Tracking # 1Z20E6W40190653446

      2.  Robinson Brog Leinwand Greene et. al., Attorneys for Debtor, Attention: A. Mitchell Greene, Esq. at 875 Third Avenue, 9th Floor, New York, NY 10022; UPS Tracking # 1Z20E6W40193803457

      3.  United States Trustee at 33 Whitehall Street, 21st Floor, New York, NY 10004; UPS Tracking # 1Z20E6W40193971267

      4.  John Souto at 131 Christopher Street, New York, NY 10014; UPS Tracking # 1Z20E6W40192840874

      5.  Cent Equities at 525 East 81st Street, Suite 3B, New York, NY 10028; UPS Tracking # 1Z20E6W40194616283

      6.  CP30 Holdings LLC at 131 Christopher Street, New York, NY 10014; UPS Tracking # 1Z20E6W40191621497

7. Souto New York Equities, Inc. at 131 Christopher Street, New York, NY 10014; UPS Tracking # 1Z20E6W40192900504

8. Souto New York, Inc. at 131 Christopher Street, New York, NY 10014; UPS Tracking # 1Z20E6W40190817313 and

9. Managed by Souto at 162 Christopher Street, New York, NY 10014

by enclosing a copy of same into a UPS Overnight Mail Envelope and by depositing the same in a United Parcel Service depository under the exclusive care and custody of the United Parcel Service depository within the State, that being the last known address of the above named.

MAUREEN ZAIKOWSKI

Sworn to and Subscribed before me
this 21st day of September 2010

_____
Notary Public

BARBARA A. SIEGEL
Notary Public, State of New York
No. 31-4932893
Qualified in Westchester County
Commission Expires 11/24/14

https://www.ups.com/uis/create?ActionOriginPair=print\_\_\_Receipt&POPUP\_LEVEL=1...    09/21/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS  LTR**      **1 OF 1**

**SHIP TO:**
2626 BWAY LLC
2ND FLOOR
131 CHRISTOPHER STREET
**NEW YORK  NY 10014-2844**

    # NY 102 9-07



## UPS NEXT DAY AIR    **1**
TRACKING #: 1Z 20E 6W4 01 9065 3446



BILLING: P/P

UIS 12.8.05.    WXPIE60 06.0A 07/2010    

https://www.ups.com/uis/create?ActionOriginalPair=print__Receipt&POPUP_LEVEL=1...



M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS   LTR

1 OF 1

**SHIP TO:**
A. MITCHELL GREENE, ESQ.
ROBINSON BROG LEINWAND GREENE ET AL.
9TH FLOOR
875 THIRD AVENUE
**NEW YORK NY 10022-0123**

**NY 100 9-45**

**UPS NEXT DAY AIR**

TRACKING #: 1Z 20E 6W4 01 9380 3457

**1**

BILLING: P/P

LBS 12.8.05.   W02860 06.9A 07/2010



M TERESA DALEY
212-560.3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS   LTR          1 OF 1

**SHIP TO:**
UNITED STATES TRUSTEE
UNITED STATES TRUSTEE
21ST FLOOR
33 WHITEHALL STREET
**NEW YORK NY 10004-2176**

# NY 102 9-09

## UPS NEXT DAY AIR

TRACKING #: 1Z 20E 6W4 01 9397 1267         **1**

BILLING: P/P

UIS 12.8.05.     WXP2R50 06.0A 07/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS   LTR**   **1 OF 1**

**SHIP TO:**
JOHN SOUTO
JOHN SOUTO
131 CHRISTOPHER STREET
**NEW YORK  NY 10014-2842**



# NY 102 9-07



## UPS NEXT DAY AIR

TRACKING #: 1Z 20E 6W4 01 9284 0874

**1**



BILLING: P/P

UPS 12.8.05.   WXPIE60 06.0A 07/2010





SHIP TO:
CENT EQUTIES
SUITE 3B
525 EAST 81ST STREET
NEW YORK NY 10028-7066

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS    LTR

1 OF 1

NY 100 9-37

UPS NEXT DAY AIR

TRACKING #: 1Z 20E 6W4 01 9461 6283

1

BILLING: P/P

UPS 12.8.05.    WX2560 06.0A 07/2010



0.0 LBS   LTR

1 OF 1

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK  NY 10018

SHIP TO:
CP30 HOLDINGS LLC
131 CHRISTOPHER STREET
NEW YORK  NY 10014-2842

NEW YORK  NY 10014-2842

NY 102 9-07

UPS NEXT DAY AIR
TRACKING #: 1Z 20E 6W4 01 9162 1497

1

BILLING: P/P

LBS 12.8.05.   WXQT8.60 06.0A.07/2010

SHIP TO:
SOUTO NEW YORK EQUITIES, INC.
131 CHRISTOPHER STREET
NEW YORK NY 10014-2842

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS   LTR

1 OF 1

NY 102 9-07

UPS NEXT DAY AIR

TRACKING #: 1Z 20E 6W4 01 9290 0504

1

BILLING: P/P

UPS 12.8.05.

WX2E860 06.0A 07/2010

TM



M TERESA DALEY
212-564-3494
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS   LTR

1 OF 1

**SHIP TO:**
SOUTO NEW YORK, INC.
131 CHRISTOPHER STREET
**NEW YORK  NY 10014-2842**

**NY 102 9-07**

**UPS NEXT DAY AIR**

TRACKING #: 1Z 20E 6W4 01 9081 7313

1

BILLING: P/P

UPS 12.8.05   WXXEE6 06.0A 07/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**SHIP TO:**
MANAGED BY SOUTO
162 CHRISTOPHER STREET
**NEW YORK NY 10014-2814**

0.0 LBS LTR          1 OF 1

**NY 102 9-07**

**UPS NEXT DAY AIR    1**

TRACKING #: 1Z 20E 6W4 01 9065 5926

BILLING: P/P

UPS 12.8.05.          WXFE60 06.0A 07/2010

™

https://www.ups.com/uis/create?ActionOriginPair=print___Receipt&POPUP_LEVEL=1...          09/