UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re: :

                                                                Chapter 11

      2626 BWAY LLC, :

                                                                Case No. 10-14731 (SCC)

                               Debtor. :

-------------------------------------------------------X

STATE OF NEW YORK:
                      ss:
COUNTY OF NEW YORK:

      **MAUREEN ZAIKOWSKI**, over 18 years of age, duly sworn according to law deposes and says:

      1. I am employed at M. Teresa Daley Law Offices, P.C. at 520 Eighth Avenue, 24TH Floor., New York, New York 10018, and I am not a party to this action.

      2. On September 21, 2010 I mailed a copy of the Notice of Motion of Broadway Metro Associates L.P. For An Order (A) Granting Relief From The Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) and (d)(2); Or In The Alternative (B) Dismissing This Chapter 11 Case Pursuant To The 11 U.S.C. § 1112 (b); And (C) For Related Relief to the following:

1. 2626 BWAY LLC, Debtor at 131 Christopher Street, 2nd Floor, New York, NY 10014; UPS Tracking # 1Z20E6W40190434549

2. Robinson Brog Leinwand Greene et. al., Attorneys for Debtor, Attention: A. Mitchell Greene, Esq. at 875 Third Avenue, 9th Floor, New York, NY 10022; UPS Tracking # 1Z20E6W40193942557

3. United States Trustee at 33 Whitehall Street, 21st Floor, New York, NY 10004; UPS Tracking # 1Z20E6W40191708368

4. John Souto at 131 Christopher Street, New York, NY 10014; UPS Tracking # 1Z20E6W40192615975

5. Cent Equities at 525 East 81st Street, Suite 3B, New York, NY 10028; UPS Tracking # 1Z20E6W40194069384

6. CP30 Holdings LLC at 131 Christopher Street, New York, NY 10014; UPS Tracking # 1Z20E6W40192592599

7. Souto New York Equities, Inc. at 131 Christopher Street, New York, NY 10014; UPS Tracking # 1Z20E6W40192429604

8. Souto New York, Inc. at 131 Christopher Street, New York, NY 10014; UPS Tracking # 1Z20E6W40192144411 and

9. Managed by Souto at 162 Christopher Street, New York, NY 10014; UPS Tracking # 1Z20E6W40194221020

by enclosing a copy of same into a UPS Overnight Mail Envelope and by depositing the same in a United Parcel Service depository under the exclusive care and custody of the United Parcel Service depository within the State, that being the last known address of the above named.

_____
MAUREEN ZAIKOWSKI

Sworn to and Subscribed before me
this 30TH day of September 2010

_____
Notary Public

JUDITH FABRIZIO
Notary Public State of New York
No. 01FA5017842
Qualified in Queens County
Commission Expires October 24, 2013





```
M TERESA DALEY                                    0.0 LBS    LTR    1 OF 1
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

SHIP TO:
   2626 BWAY LLC
   2626 BWAY LLC
   2ND FLOOR
   131 CHRISTOPHER STREET

   NEW YORK NY 10014-2844


                        NY 102 9-07

UPS NEXT DAY AIR
TRACKING #: 1Z 20E 6W4 01 9043 4549                      1

BILLING: P/P

UIS 12.8.10      WXPIE60 06.0A 07/2010
```

```
M TERESA DALEY                                   0.0 LBS    LTR      1 OF 1
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

SHIP TO:
A. MITCHELL, GREENE, ESQ.
ROBINSON BROG LEINWAND GREENE ET.AL
9TH FLOOR
875 THIRD AVENUE
NEW YORK NY 10022-0123

                    NY 100 9-45

UPS NEXT DAY AIR                                          1
TRACKING #: 1Z 20E 6W4 01 9394 2557

BILLING: P/P

UIS 12.8.10.              WXPIE60 06.0A 07/2010
```





https://www.ups.com/uis/create?ActionOriginPair=print_ReceiptPOPUP_LEVEL=1... 09/30/2010



M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS    LTR    1 OF 1

SHIP TO:
CENT EQUITIES
CENT EQUITIES
SUITE 3B
525 EAST 81ST STREET

**NEW YORK NY 10028-7066**

**NY 100 9-37**

UPS NEXT DAY AIR
TRACKING #: 1Z 20E 6W4 01 9406 9384

BILLING: P/P

UPS 12.8.10.    WXPE60 06.0A 07/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS     LTR      1 OF 1

SHIP TO:
CP30 HOLDINGS LLC
CP30 HOLDINGS LLC
131 CHRISTOPHER STREET
NEW YORK NY 10014-2842

NY 102 9-07

UPS NEXT DAY AIR
TRACKING #: 1Z 20E 6W4 01 9259 2599        1

BILLING: P/P

UIS 12.8.10.       WXPIE60 06.0A 07/2010





UPS NEXT DAY AIR
TRACKING #: 1Z 20E 6W4 01 9242 9604

SHIP TO:
M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

SOUTO NEW YORK EQUITIES, INC.
131 CHRISTOPHER STREET
NEW YORK NY 10014-2842

NY 102 9-07

0.0 LBS    LTR    1 OF 1

BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010



M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS     LTR     1 OF 1

SHIP TO:
SOUTO NEW YORK, INC.
SOUTO NEW YORK, INC.
131 CHRISTOPHER STREET
**NEW YORK NY 10014-2842**

**NY 102 9-07**

UPS NEXT DAY AIR
TRACKING #: 1Z 20E 6W4 01 9214 4411

1

BILLING: P/P

US 12.8.10     WXP160 06.0A 07/2010