# M. TERESA DALEY LAW OFFICES, P.C.

520 Eighth Avenue, 24th Floor
New York, New York 10018
Phone: 212-560-3943   Fax: 917-351-0983
e-mail address:  alawrence@newmarkkf.com

M. Teresa Daley
----------

Andrea J. Lawrence
    Of Counsel

October 5, 2010

Robert M. Sasloff, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue – 9th Floor
New York, New York 10022

    Re:   In re 2626 Bway LLC
           Docket No.: 10-14731 (SCC)

Dear Mr. Sasloff:

    We represent Broadway Metro Associates L.P.  The motion filed by Broadway Metro Associates L.P. to lift the automatic stay or dismiss this proceeding and for other relief has been rescheduled by the Court from October 5, 2010 at 10:00 a.m. to October 12, 2010 at 11:00 a.m.

                                Sincerely,

                                Andrea J. Lawrence, Esq.

cc:  see attached list

1. 2626 BWAY LLC, Debtor at 131 Christopher Street, 2nd Floor, New York, NY 10014,
2. Robinson Brog Leinwand Greene et. al., Attorneys for Debtor, Attention: A. Mitchell Greene, Esq. at 875 Third Avenue, 9th Floor, New York, NY 10022,
3. United States Trustee at 33 Whitehall Street, 21st Floor, New York, NY 10004,
4. John Souto at 131 Christopher Street, New York, NY 10014,
5. Cent Equities at 525 East 81st Street, Suite 3B, New York, NY 10028,
6. CP30 Holdings LLC at 131 Christopher Street, New York, NY 10014,
7. Souto New York Equities, Inc. at 131 Christopher Street, New York, NY 10014,
8. Souto New York, Inc. at 131 Christopher Street, New York, NY 10014, and
9. Managed by Souto at 162 Christopher Street, New York, NY 10014