UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

                                Chapter 11

**2626 BWAY, LLC,**             Case No. 10-14731-SCC

                        Debtor.
-------------------------------------------------------------X

## ORDER FOR RETENTION OF ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. AS ATTORNEYS FOR DEBTOR

    **Upon** the annexed Application of the above named Debtor praying for authority to employ and appoint **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**, under a general retainer to represent it as Debtor herein; and upon the annexed *AFFIDAVIT* of **A. Mitchell Greene**, and the **AFFIRMATION of John Souto,** duly sworn to, and it appearing that **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.** represents no interest adverse to the Debtor or to its Estate in the matters upon which they are to be engaged, and that their employment is necessary and would be in the best interests of the Estate; it is

    **ORDERED**, that the Debtor be and it hereby is authorized to employ and appoint, **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.** effective as of September 3, 2010, as attorneys to represent it as Debtor under a general retainer in the within proceeding pursuant to Sections 327 and 1107 of the Bankruptcy Code; and it is further

498975

**ORDERED**, that the compensation of the firm of **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**, as attorneys for the Debtor shall be fixed by this Court after Application and in the manner prescribed by Sections 330 and 331 of the Bankruptcy Code.

**DATED:**   New York, New York
October 12, 2010

　　　　　　　　　　　　　　　　　　　　　　　/s/Shelley C. Chapman
　　　　　　　　　　　　　　　　　　　　　　**HONORABLE SHELLY C. CHAPMAN**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**

**NO OPPOSITION:**

**Office of United States Trustee**

**By:**   /s/Andrew D. Velez-Rivera
　　　　Andrew D. Velez-Rivera
　　　　Trial Attorney