**ROBINSON BROG LEINWAND**
 **GREENE GENOVESE & GLUCK P.C.**
**Attorneys for the Debtor**
875 Third Avenue, 9th Floor
New York, New York 10022
Telephone No.: (212) 603-6300
**A. Mitchell Greene**
**Robert M. Sasloff**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                              Chapter 11
                                                                                        Case No. 10-14731-SCC
**2626 BWAY, LLC,**

                             Debtor.
----------------------------------------------------------X     **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                              ss.:
COUNTY OF NEW YORK   )

      **TINA FOGEL**, being duly sworn, deposes and says:

      1. I am not a party to the action, am over 18 years of age and reside in New York, N.Y.

      2. On the **14th day** of **October, 2010,** I served **ORDER SCHEDULING INITIAL CASE CONFERENCE** *via FIRST CLASS MAIL* upon:

      *ALL PARTIES NAMED ON THE ANNEXED SERVICE LIST*

By depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

      /s/TINA FOGEL
      **TINA FOGEL**

Sworn to before me this
**14th** day of **October, 2010**

/s/ Robert M. Sasloff
**Notary Public, State of New York**
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-2014

{00502414.DOC;1 }502414

**20 LARGEST LIST - 2626 BROADWAY**

JOE ESPOSITO
CORPORATE BUILDERS
248-22 JERICHO TURNPIKE
BELLROSE TERRACE, NY 11001

ALICE K. JUMP, ESQ.
REAVIS PARENT LEHRER LLP
41 MADISON AVENUE, 41ST FLOOR
NEW YORK, NY 10010

M. TERESA DALEY, ESQ.
M. TERESA DALEY LAW OFFICES, P.C.
520 EIGHTH AVENUE, 24TH FLOOR
NEW YORK, NEW YORK 10018

ANDY VELEZ-RIVERA, ESQ.
OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NEW YORK 10004

JAKE JOA
SILVER STAR PLUMBING COMPANY
BARSIMATOV PLUMBING CO., INC.
LIVER AND SWEENEY PLUMBING LTD
108-04 JAMAICA AVENUE
RICHMOND HILL, NY 11418

MANHATTAN NEON SIGN CORPORATION
640 WEST 28TH STREET
NEW YORK, NY 10001

SHERWOOD SALVAN, ESQ.
575 MADISON AVENUE, SUITE 1006
NEW YORK, NY 10022

LMW ENGINEERING
2539 BRUNSWICK AVENUE
LINDEN, N.J. 07306

JACK JAFFA AND ASSOCIATES
56 WILLOUGHBY STREET, 2ND FLOOR
BROOKLYN, NY 11201

ADAMS ROTHKRUG, ESQ.
55 WATERMILL LANE, SUITE 200
GREAT NECK, NY 11021

CP30 HOLDINGS LLC
131 CHRISTOPHER STREET
NEW YORK, NEW YORK 10014

BROADWAY METRO ASSOCIATES LLP
ATTN ALBERT BIALEK, ESQ
249 WEST 34TH ST., 2ND FLOOR
NEW YORK, NY 10001

SOUTO NEW YORK EQUITIES, INC.
131 CHRISTROPHER STREET
NEW YORK, NEW YORK 10014

URBAN OUTFITTERS
5000 SOUTH BROAD STREET
PHILADELPHIA, PA 19112

DAVID TENDLER, ESQ.
CORNICELLO TENDLER & BAUMEL-CORNICELLO
2 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005

ALAN SCHOLE, ESQ.
ELENOFF & GROSSMAN SCHOLE LLP
150 EAST 42ND STREET, 11TH FLOOR
NEW YORK, NY 10017

CLAUDE CASTRO, ESQ
CLAUDE CASTRO & ASSOCIATES, PLLC
355 LEXINGTON AVENUE, 14TH FLOOR
NEW YORK, NY 10017

CHRIS CARRANO
ADG ARCHITECTURE & DESIGN GROUP
20 WEST 36TH STREET, 4TH FLOOR
NEW YORK, NY 10018

JOHN CHIUSSANO
RAMDEEN ELECTRIC CORP.
1014 CAMBELL WAY
TOBHANNA, PA 18466

SOUTO NEW YORK, INC.
131 CHRISTROPHER STREET
NEW YORK, NEW YORK 10014

RODNEY GIBBLE
RODNEY GIBBLE CONSULTING ENGINEERS
19 WEST 21ST STREET, SUITE 501
NEW YORK, NY 10010

MUESER RUTLEDGE CONSULTING ENGINEER
225 WEST 34TH STREET
14 PENN PLAZA
NEW YORK, NEW YORK 10122

JOHN CHUISSANO
VILAN ELECTRIC, LTD
1984 CAMBELL WAY
TOBYHANNA, PA 18466

CON EDISON
JAF STATION
P.O. BOX 1702
NEW YORK, NY 10116

CENT EQUITIES
525 EAST 81ST ST., SUITE 3B
NEW YORK, NY 10028

FT WASHINGTON ASSOCIATES, INC
525 EAST 82ND STREET, SUITE 7G
NEW YORK, NY 10028

GREG DIXON
DIXON MAINTENANCE GROUP
720 FENIMORE STREET
BROOKLYN, NY 11203

SEYMOUR HUROWITZ, ESQ.
19 WEST 44TH STREET
SUITE 1507
NEW YORK, NY 10036

MEHANDES ENGINEERING
1150 AVENUE OF THE AMEIRCAS
5TH FLOOR
NEW YORK, NY 10036

ROBERT CHARLES
28 WEST 36TH STREET, SUITE 880
NEW YORK, NY 10018

FUNDEX CAPITAL COMPANY
535 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10017

GILL DI LUCIA, ESQ.
265 EAST 66TH STREET, SUITE 3B
NEW YORK, NY 10065

MANAGED BY SOUTO
162 CHRISTOPHER STREET
NEW YORK, NEW YORK