UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                              :

       2626 BWAY LLC,                      :

                           Debtor.         :

Chapter 11

Case No. 10-14731 (SCC)

-------------------------------------------------------X

STATE OF NEW YORK:
                        ss:
COUNTY OF NEW YORK:

       **PEDRO AGUERRE**, over 18 years of age, duly sworn according to law deposes and says:

       1. I am employed at M. Teresa Daley Law Offices, P.C. at 520 Eighth Avenue, 24TH Floor., New York, New York 10018, and I am not a party to this action.

       2. On October 14, 2010 I mailed a copy of the Notice of Motion of Broadway Metro Associates L.P. For An Order (A) Granting Relief From The Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) and (d)(2); Or In The Alternative (B) Dismissing This Chapter 11 Case Pursuant To The 11 U.S.C. § 1112 (b); And (C) For Related Relief to the following:

        1. Internal Revenue Service Centralized Insolvency Operations, P.O. Box 21126, Philadelphia PA 19114

        2. Con Edison, Jaf Station, P.O. Box 1702, New York, Ny 10116

        3. New York City Dept of Environ Prote NYC Water Board, P.O. Box 410, Church Street Station, New York, NY 10008

        4. New York State Department of Finance Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205

        5. NYS Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201

by enclosing a copy of same into a properly stamped and addressed envelope by regular mail and by depositing the same in a Post Office Mail depository under the exclusive care and custody of the United States Post Office Department within the State, that being the last known address of the above named.

1

*[signature]*

PEDRO AGUERRE

PEDRO B. AGUERRE
PROCESS SERVER
LICENSED BY THE NEW YORK CITY DEPT
OF CONSUMER AFFAIRS
LICENSE NO. 1325979
EXPIRES 2/28/2012

Sworn to and Subscribed before me
This 14TH day of October 2010

*[signature]*
Notary Public

Maureen A. Zaikowski
Notary Public - State of New York
No. 01ZA6201972
Qualified in Nassau County
My Commission Expires March 9, 2013