UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                  :
                                        Chapter 11
    2626 BWAY LLC,             :
                                        Case No. 10-14731 (SCC)
                      Debtor.    :
-------------------------------------------------------X
STATE OF NEW YORK:
                        ss:
COUNTY OF NEW YORK:

    **MAUREEN ZAIKOWSKI**, over 18 years of age, duly sworn according to law deposes and says:

1. I am employed at M. Teresa Daley Law Offices, P.C. at 520 Eighth Avenue, 24TH Floor., New York, New York 10018, and I am not a party to this action.

2. On October 15, 2010 I mailed a copy of the Notice of Motion of Broadway Metro Associates L.P. For An Order (A) Granting Relief From The Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) and (d)(2); Or In The Alternative (B) Dismissing This Chapter 11 Case Pursuant To The 11 U.S.C. § 1112 (b); And (C) For Related Relief to the following:

    1. Mehandes Engineering at 1150 Avenue of the Americas, 5th Floor, New York, NY 10036; UPS Tracking# 1Z20E6W40196959981

    2. Ramdeen Electric Corp., Attention: John Chiussano at 1014 Cambell Way, Tobyhanna, PA 18466; UPS Tracking # 1Z20E6W40197356399

    3. Royal Blue Realty Holdings, Inc. at 162 Christopher Street, New York, NY 10014; UPS Tracking # 1Z20E6W40196096207

    4. Silver Star Plumbing Company, Attention: Jake Joa at 108-04 Jamiaca Avenue, Richmond Hill, NY 11418; UPS Tracking #1Z20E6W40197295419

    5. Travelers Indemnity Company at 900 Watervilet-Shaker Road, Suite 220, Albany, NY 12205; UPS Tracking # 1Z20E6W40195910024

6. Vilan Electric, LTD., Attention: John Chuissano at 1984 Cambell Way, Tobyhanna, PA 18466; UPS Tracking# 1Z20E6W40199336031

7. Urban Outfitters at 5000 South Broad Street, Philadelphia, PA 19112; UPS Tracking # 1Z20E6W40198009440

8. Seymour Hurowitz, Esq. at 19 West 44th Street, Suite 1507, New York, NY 10036; UPS Tracking #1Z20E6W40195006252

by enclosing a copy of same into a UPS Overnight Mail Envelope and by depositing the same in a United Parcel Service depository under the exclusive care and custody of the United Parcel Service depository within the State, that being the last known address of the above named.

*[signature]*
MAUREEN ZAIKOWSKI

Sworn to and Subscribed before me this 15TH day of October 2010

*[signature]*
Notary Public

JUDITH FABRIZIO
Notary Public State of New York
No. 01FA5017842
Qualified in Queens County
Commission Expires October 24, 2013

```
M TERESA DALEY                    0.0 LBS   LTR         1 OF 1
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK  NY 10018

SHIP TO:
    MEHANDES ENGINEERING
    5TH FLOOR
    1150 AVENUE OF THE AMERICAS
    NEW YORK  NY 10036-2701
```



NY 100 9-42



**UPS NEXT DAY AIR**                            **1**
TRACKING #: 1Z 20E 6W4 01 9695 9981

BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010    TM

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS    LTR             1 OF 1

**SHIP TO:**
JOHN CHIUSSANO
RAMDEEN ELECTRIC CORP
1014 CAMBELL WAY
**TOBYHANNA  PA 18466-4035**




PA 185 9-20

**UPS NEXT DAY AIR**      **1**
TRACKING #: 1Z 20E 6W4 01 9735 6399



BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS  LTR

1 OF 1

**SHIP TO:**
ROYAL BLUE REALTY HOLDINGS, INC.
162 CHRISTOPHER STREET
**NEW YORK  NY 10014-2814**




NY 102 9-07

**UPS NEXT DAY AIR**
TRACKING #: 1Z 20E 6W4 01 9609 6207

**1**



**BILLING: P/P**

UIS 12.8.10.   WXPIE60 06.0A 07/2010



M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS  LTR    1 OF 1

SHIP TO:
JAKE JOA
SILVER STAR PLUMBING COMPANY
108-04 JAMAICA AVENUE
RICHMOND HILL  NY 11418-2242




NY 111 9-08

UPS NEXT DAY AIR    1
TRACKING #: 1Z 20E 6W4 01 9729 5419



BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010

```
M TERESA DALEY                  0.0 LBS   LTR         1 OF 1
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

SHIP TO:
    TRAVELERS INDEMNITY COMPANY
    SUITE 220
    900 WATERVILET-SHAKER ROAD
    ALBANY  NY 12205
```




NY 122 9-01

**UPS NEXT DAY AIR**                    **1**
TRACKING #: 1Z 20E 6W4 01 9591 0024



BILLING: P/P



UIS 12.8.10.    WXPIE60 06.0A 07/2010

https://www.ups.com/uis/create?ActionOriginPair=print_Receipt&POPUP_LEVEL=1... 10/15/2010

```
M TERESA DALEY
212-560-3941                     0.0 LBS  LTR          1 OF 1
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK  NY 10018
```

SHIP TO:
 JOHN CHUISSANO
 VILAN ELECTRIC LTD
 1984 CAMBELL WAY
 **TOBYHANNA  PA 18466**

  **PA 185 9-20**



**UPS NEXT DAY AIR**              **1**
TRACKING #: 1Z 20E 6W4 01 9933 6031



BILLING: P/P

UIS 12.8.10.   WXPIE60 06.0A 07/2010    TM



```
M TERESA DALEY                    0.0 LBS   LTR           1 OF 1
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK  NY 10018

SHIP TO:
    SEYMOUR HUROWITZ, ESQ.
    SUITE 1507
    19 WEST 44TH STREET
    NEW YORK  NY 10036-6101
```

  NY 100 9-42

**UPS NEXT DAY AIR**          **1**
TRACKING #: 1Z 20E 6W4 01 9500 6252

BILLING: P/P

UIS 12.8.10.   WXPIE60 06.0A 07/2010

https://www.ups.com/uis/create?ActionOriginPair=print___Receipt&POPUP_LEVEL=1...   10/15/2010