**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
In re:                                       :

                                                        **Chapter 11**

      **2626 BWAY LLC,**              :

                                                        **Case No. 10-14731 (SCC)**

               **Debtor.**     :

------------------------------------------------------X
**STATE OF NEW YORK:**

                    **ss:**

**COUNTY OF NEW YORK:**

      **MAUREEN ZAIKOWSKI**, over 18 years of age, duly sworn according to law deposes and says:

      1.  I am employed at M. Teresa Daley Law Offices, P.C. at 520 Eighth Avenue, 24TH Floor., New York, New York 10018, and I am not a party to this action.

      2.  On October 14, 2010 I mailed a copy of the Notice of Motion of Broadway Metro Associates L.P. For An Order (A) Granting Relief From The Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) and (d)(2); Or In The Alternative (B) Dismissing This Chapter 11 Case Pursuant To The 11 U.S.C. § 1112 (b); And (C) For Related Relief to the following:

          1.  ADG Architecture & Design Group, Attention: Chris Carrano at 20 West 36th Street, New York, NY 10018; UPS Tracking # 1Z20E6W40193595647

          2.  Claude Castro & Associates, PLLC, Attention: Claude Castro, Esq. at 355 Lexington Avenue, 14th Floor, New York, NY 10017; UPS Tracking # 1z20e6w40193861653

          3.  Cornicello Tendler & Baumel-Cornicello, Attention: David Tendler, Esq. at 2 Wall Street, 20th Floor, New York, NY 10005; UPS Tracking # 1Z20e6w40192625464

          4.  Consolidated Edison Company of New York, Inc. Attention: Bankruptcy Group at 4 Irving Place, Room 1875-S, New York, NY 10003; UPS Tracking # 1Z20E6w40190971076

5. Ellenoff Grossman & Schole LLP, Attention: Allen Schole, Esq. at 150 East 42nd Street, 11th Floor, New York, NY 10017; UPS Tracking # 1Z20E6W40194502486

6. Gill Di Lucia Esq. at 265 East 66th Street, Suite 3B, New York, NY 10065; UPS Tracking # 1Z20E6W40193943690

7. Corporate Builders, Attention: Joe Esposito at 248-22 Jericho Turnpike, Bellrose Terrace, NY 11001; UPS Tracking # 1Z20E6W40193738706

8. 212 Equities at 532 Laguardia Place, Suite 167, New York, NY 10012; UPS Tracking # 1Z20E6W40193651513

9. Arek Surveying Company at 58 East Beverly Parkway, Valley Stream, NY 11580; UPS Tracking # 1Z20E6W40193366126

10. Catalyst Development Group, Attention: Robert Charles at 28 West 36th Street, Suite 880, New York, NY 10018; UPS Tracking # 1Z20E6W40190086532

11. Con Edison at 4 Irving Place, New York, NY 10003; UPS Tracking # 1Z20E6W40194136748

12. Dixon Maintenance Group, Attention: Greg Dixon at 720 Fenimore Street, Brooklyn, NY 11203; UPS Tracking # 1Z20E6W40192560757

13. PT Washington Associates, Inc. at 525 East 82nd Street, Suite 7G, New York, NY 10028; UPS Tracking # 1Z20E6W40190722568

14. Adams Rothkrug, Esq. at 55 Watermill Lane, Suite 200, Great Neck, NY 11021; UPS Tracking # 1Z20E6W40191906171

15. Barismatove Plumbing Co., Inc., Attention: Jake Joa at 108-04 Jamaica Avenue, Richmond Hill, NY 11418; UPS Tracking # 1Z20E6W40194915585

16. Fundex Capital Company at 535 5th Avenue, 26th Floor, New York, NY 10017; UPS Tracking # 1A20E6W40194674792

17. Jack Jaffa and Associates at 56 Willoughby Street, 2nd Floor, Brooklyn, NY 11201; UPS Tracking# 1Z20E6W40190827802

18. Liver and Sweeney Plumbing Ltd. Attention: Jake Joa at 108-04 Jamaica Avenue, Richmond Hill, NY 11418; UPS Tracking # 1Z20E6W40194338619

19. Law Engineering at 2539 Brunswick Avenue, Linden, NJ 07036; UPS Tracking # 1Z20E6W40192091228

20. Manhattan Neon Sign Corporation at 640 West 28th Street, New York, NY 10001; UPS Tracking # 1Z20E6W40194489635

21. Mueser Rutledge Consulting Engineer at 225 West 34th Street, New York, NY 10122; UPS Tracking # 1Z20E6W40191057848

22. Sherwood Salvan Esq. at 575 Madison Avenue, Suite 1006, New York, NY 10022; UPS Tracking #1Z20E6W40194999665

23. Rodney Gibble Consulting Engineers, Attention: Rodney Gibble at 19 West 21st Street, Suite 501, New York, NY 10010; UPS Tracking # 1Z20E6W40194039853

by enclosing a copy of same into a UPS Overnight Mail Envelope and by depositing the same in a United Parcel Service depository under the exclusive care and custody of the United Parcel Service depository within the State, that being the last known address of the above named.

MAUREEN ZAIKOWSKI

Sworn to and Subscribed before me
this 15TH day of October 2010

Notary Public

JUDITH FABRIZIO
Notary Public State of New York
No. 01FA5017___
Qualified in Queens County
Commission Expires October 24, 2013

3

https://www.ups.com/uis/create?ActionOriginPair=print__Receipt&POPUP_LEVEL=1... 10/14/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS  LTR**

**1 OF 1**

**SHIP TO:**
CHRIS CARRANO
ADG ARCHITECTURE & DESIGN GROUP
4TH FLOOR
20 WEST 36TH STREET
**NEW YORK  NY 10018-8005**



# NY 100 9-29



**UPS NEXT DAY AIR**

**1**

TRACKING #: 1Z 20E 6W4 01 9359 5647

BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010



M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS   LTR**

**1 OF 1**

**SHIP TO:**
　　CLAUDE CASTRO ESQ.
　　CLAUDE CASTRO & ASSOCIATES PLLC
　　14TH FLOOR
　　355 LEXINGTON AVENUE

**NEW YORK  NY 10017-6603**



# NY 100 7-02



## UPS NEXT DAY AIR

**1**

TRACKING #: 1Z 20E 6W4 01 9386 1653



BILLING: P/P

UIS 12.8.10.   WXPIE60 06.0A 07/2010   

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS   LTR**          **1 OF 1**

**SHIP TO:**

DAVID TENDLER, ESQ.
CORNICELLO TENDLER & BAUMEL CORNICE
20TH FLOOR
2 WALL STREET
**NEW YORK  NY 10005-2045**



# NY 102 9-09



## UPS NEXT DAY AIR          **1**

TRACKING #: 1Z 20E 6W4 01 9262 5464



BILLING: P/P



UIS 12.8.10.    WXFIE60 06.0A 07/2010

https://www.ups.com/uis/create?ActionOriginPair=print___Receipt&POPUP_LEVEL=1...

10/14/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS   LTR**          **1 OF 1**

**SHIP TO:**

BANKRUPTCY GROUP
CONSOLIDATED EDISON COMPANY OF NEW
ROOM 1875-S
4 IRVING PLACE
**NEW YORK  NY 10003-3502**



## NY 102 9-08



**UPS NEXT DAY AIR**          **1**

TRACKING #: 1Z 20E 6W4 01 9097 1076



BILLING: P/P

UPS 12.8.10.   WXPIE60 06.0A 07/2010   ™

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018.

**0.0 LBS  LTR**

**1 OF 1**

**SHIP TO:**

ALLEN SCHOLE, ESQ.
ELLENOFF GROSSMAN & SCHOLE LLP
11TH FLOOR
150 EAST 42ND STREET
**NEW YORK  NY 10017-5659**



# NY 100 7-02



## UPS NEXT DAY AIR

TRACKING #: 1Z 20E 6W4 01 9450 2486

**1**



BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS   LTR**                    **1 OF 1**

**SHIP TO:**
265 EAST 66TH STREET
GILL DI LUCIA ESQ
SUITE 3B
**NEW YORK  NY 10065**



# NY 100 9-43



## UPS NEXT DAY AIR            **1**

TRACKING #: 1Z 20E 6W4 01 9394 3690



BILLING: P/P

UJS 12.6.10.    WXPIE60 06.0A 07/2010



M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS   LTR          1 OF 1

**SHIP TO:**

JOE ESPOSITO
CORPORATE BUILDERS
248-22 JERICHO TURNPIKE
**BELLEROSE TERRACE  NY 11001-4002**



# NY 115 9-03



## UPS NEXT DAY AIR

TRACKING #: 1Z 20E 6W4 01 9373 8706

**1**



BILLING: P/P

UIS 12.8.10.     WXPIE60 06.0A 07/2010



M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS   LTR**                    **1 OF 1**

**SHIP TO:**
212 EQUITIES
SUITE 167
532 LAGUARDIA PLACE
**NEW YORK  NY 10012-1428**

# NY 102 9-11

## UPS NEXT DAY AIR                    **1**
TRACKING #: 1Z 20E 6W4 01 9365 1513

BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK  NY 10018

**0.0 LBS   LTR**                        **1 OF 1**

**SHIP TO:**

    AREK SURVEYING COMPANY
    58 EAST BEVERLY PARKWAY
    **VALLEY STREAM  NY 11580-4205**



# NY 115 9-03





## UPS NEXT DAY AIR                      **1**

TRACKING #: 1Z 20E 6W4 01 9336 6126



BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010          

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS   LTR**          **1 OF 1**

**SHIP TO:**

ROBERT CHARLES
CATALYST DEVELOPMENT GROUP
SUITE 880
28 WEST 36TH STREET
**NEW YORK  NY 10018-8006**

  **NY 100 9-29**



**UPS NEXT DAY AIR**          **1**

TRACKING #: 1Z 20E 6W4 01 9008 6532



BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010    ™

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS   LTR**                    **1 OF 1**

**SHIP TO:**
    CON EDISON
    4 IRVING PLACE
    **NEW YORK  NY 10003-3502**

# NY 102 9-08

# UPS NEXT DAY AIR                    **1**
TRACKING #: 1Z 20E 6W4 01 9413 6748

BILLING: P/P

UPS 12.8.10.     WXPIE60 06.0A 07/2010     ™

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS   LTR**

**1 OF 1**

**SHIP TO:**
GREG DIXON
DIXON MAINTENANCE GROUP
720 FENIMORE STREET
**BROOKLYN  NY 11203-1802**



# NY 112 9-11



## UPS NEXT DAY AIR

TRACKING #: 1Z 20E 6W4 01 9256 0757

**1**



BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010



https://www.ups.com/uis/create?ActionOriginPair=print__Receipt&POPUP_LEVEL=1... 10/14/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS   LTR**

**1 OF 1**

SHIP TO:

PT WASHINGTON ASSOCIATES, INC.
SUITE 7G
525 EAST 82ND STREET
**NEW YORK  NY 10028-7158**



# NY 100 9-37



## UPS NEXT DAY AIR

**1**

TRACKING #: 1Z 20E 6W4 01 9072 2568



BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS    LTR          1 OF 1

**SHIP TO:**
ADAMS ROTHKRUG ESQ.
SUITE 200
55 WATERMILL LANE
**GREAT NECK  NY 11021-4206**



# NY 115 9-02



## UPS NEXT DAY AIR          1

TRACKING #: 1Z 20E 6W4 01 9190 6171



BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010

https://www.ups.com/uis/create?ActionOriginPair=print__Receipt&POPUP_LEVEL=1...    10/14/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS   LTR**          **1 OF 1**

**SHIP TO:**
JAKE JOA
BARSIMATOV PLUMBING CO. INC.
108-04 JAMAICA AVENUE
**RICHMOND HILL  NY 11418-2242**



# NY 111 9-08



## UPS NEXT DAY AIR                **1**

TRACKING #: 1Z 20E 6W4 01 9491 5585



BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010         ™

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS   LTR          1 OF 1

**SHIP TO:**
    FUNDEX CAPITAL COMPANY
    26TH FLOOR
    535 5TH AVENUE
    **NEW YORK  NY 10017-3676**



# NY 100 7-02



## UPS NEXT DAY AIR          **1**

TRACKING #: 1Z 20E 6W4 01 9467 4792



BILLING: P/P

UIS 12.8.10.    WXP1E60 06.0A 07/2010



M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS   LTR

1 OF 1

**SHIP TO:**

JACK JAFFA AND ASSOCIATES
2ND FLOOR
56 WILLOUGHBY STREET
**BROOKLYN  NY 11201-5212**



# NY 111 9-03



## UPS NEXT DAY AIR

TRACKING #: 1Z 20E 6W4 01 9082 7802

**1**



BILLING: P/P

UIS 12.8.10.   WXPIE60 06.0A 07/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS  LTR**   **1 OF 1**

SHIP TO:
    JAKE JOA
    LIVER AND SWEENEY PLUMBING LTD
    108-04 JAMAICA AVENUE
    **RICHMOND HILL  NY 11418-2242**



# NY 111 9-08



# UPS NEXT DAY AIR   **1**
TRACKING #: 1Z 20E 6W4 01 9433 8619



BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010    ™

https://www.ups.com/uis/create?ActionOriginPair=print___Receipt&POPUP_LEVEL=1...        10/14/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS   LTR**        **1 OF 1**

**SHIP TO:**
LAW ENGINEERING
2539 BRUNSWICK AVENUE
**LINDEN  NJ 07036-2433**



# NJ 089 9-04



## UPS NEXT DAY AIR        **1**
TRACKING #: 1Z 20E 6W4 01 9209 1228



BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010     ™

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS LTR**

**1 OF 1**

**SHIP TO:**
MANHATTAN NEON SIGN CORPORATION
640 WEST 28TH STREET
**NEW YORK NY 10001-1118**



# NY 100 9-39



## UPS NEXT DAY AIR

**1**

TRACKING #: 1Z 20E 6W4 01 9448 9635



BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010



M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

0.0 LBS   LTR                    1 OF 1

**SHIP TO:**

MUESER RUTLEDGE CONSULTING ENGINEER
225 WEST 34TH STREET
# NEW YORK  NY 10122-0049

 

# NY 100 9-35

## UPS NEXT DAY AIR                    1

TRACKING #: 1Z 20E 6W4 01 9105 7848



BILLING: P/P

UIS 12.8.10.    WXFIE60 06.0A 07/2010

M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK NY 10018

**0.0 LBS   LTR**          **1 OF 1**

**SHIP TO:**

SHERWOOD SALVAN ESQ.
SUITE 1006
575 MADISON AVENUE
**NEW YORK  NY 10022-8511**



# NY 100 9-45





## UPS NEXT DAY AIR       **1**

TRACKING #: 1Z 20E 6W4 01 9499 9665



BILLING: P/P

UIS 12.8.10.   WXFIE60 06.0A 07/2010



M TERESA DALEY
212-560-3941
M TERESA DALEY LAW OFFICES, P.
520 8TH AVENUE
NEW YORK  NY 10018

**0.0 LBS   LTR**

**1 OF 1**

**SHIP TO:**
RODNEY GIBBLE
RODNEY GIBBLE CONSULTING ENGINEERS
SUITE 501
19 WEST 21ST STREET
**NEW YORK  NY 10010-6874**



# NY 100 9-32



## UPS NEXT DAY AIR

**1**

TRACKING #: 1Z 20E 6W4 01 9403 9853



BILLING: P/P

UIS 12.8.10.    WXPIE60 06.0A 07/2010

