# M. TERESA DALEY LAW OFFICES, P.C.

520 Eighth Avenue, 24th Floor
New York, New York 10018
Phone: 212-560-3943   Fax: 917-351-0983
e-mail address: alawrence@newmarkkf.com

M. Teresa Daley

---------

Andrea J. Lawrence
    Of Counsel

November 4, 2010

Via e-mail at
scc.chambers@nysb.uscourts.gov

Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green – Courtroom 610
New York, New York 10004

    Re:    In re 2626 BWAY LLC
           Docket No.: 10-14731 (SCC)

Dear Judge Chapman:

We represent Broadway Metro Associates L.P. ("Broadway Metro"), a creditor of 2626 BWAY LLC ("Debtor") as well as its landlord at the building located at 2626 Broadway, New York, New York. We write to request a teleconference with the Court to discuss the necessity of proceeding with the hearing to vacate the automatic stay on November 9, 2010 in light of the Debtor's failure to tender two months post-petition use and occupancy to Broadway Metro on November 2, 2010 in the sum of $96,500. It is well accepted that the failure of a tenant to make post-petition rent payments serves as a ground to vacate the automatic stay. *In re Mad Lolo LLC*, 2009 Bankr. LEXIS 1333 (Bankr. S.D.N.Y. May 28, 2009). Accordingly, the Debtor's failure to make this payment -- in blatant violation of this Court's directive dated October 12, 2010 -- constitutes sufficient cause to vacate the stay without resort to an evidentiary hearing. We are available for this teleconference at any time this afternoon and all day tomorrow.

                                Respectfully,

                                Andrea J. Lawrence, Esq.

cc:    Robert Sasloff, Esq. (via email)
        M. Teresa Daley, Esq.