# M. TERESA DALEY LAW OFFICES, P.C.

520 Eighth Avenue, 24th Floor
New York, New York 10018
Phone: 212-560-3943   Fax: 917-351-0983
e-mail address: alawrence@newmarkkf.com

M. Teresa Daley
---------

Andrea J. Lawrence
  Of Counsel

November 17, 2010

Via e-mail at
scc.chambers@nysb.uscourts.gov

Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green – Courtroom 610
New York, New York 10004

    Re:    In re 2626 BWAY LLC
            Docket No.: 10-14731 (SCC)

Dear Judge Chapman:

    We represent Broadway Metro Associates, L.P. ("Broadway Metro"). In furtherance of our letter dated today regarding, among others, the Debtor's failure to provide us with a copy of the keys for access to the Building per the November 12, 2010 Court Order, we write to advise the Court that we received the keys from the Debtor around 4:00 p.m. this afternoon. We have yet to confirm, however, whether or not the keys will actually provide access to the Building.

                        Respectfully submitted,

                        Andrea J. Lawrence, Esq.

cc:    Robert Sasloff, Esq. (via email)
       Robert R. Leinwand, Esq. (via email)
       M. Teresa Daley, Esq.