# M. TERESA DALEY LAW OFFICES, P.C.

520 Eighth Avenue, 24th Floor
New York, New York 10018
Phone: 212-560-3943   Fax: 917-351-0983
e-mail address: alawrence@newmarkkf.com

M. Teresa Daley
---------

Andrea J. Lawrence
    Of Counsel

November 23, 2010

Via e-mail at
scc.chambers@nysb.uscourts.gov

Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green – Courtroom 610
New York, New York 10004

Re:   In re 2626 BWAY LLC
      Docket No.: 10-14731 (SCC)

Dear Judge Chapman:

    We represent Broadway Metro Associates, L.P. ("Broadway Metro"). We write to respond to one point set forth in Debtor's Response to Letter Memorandum of Broadway Metro Associates L.P. ("Debtor's Response") on the issue of Debtor's immediate surrender of the Premises. Debtor points out that "Landlord did not request immediate surrender of the Premises or a termination of the Lease" (*see* Debtor's Response at ¶3). Quite obviously, Broadway Metro did not request the termination of the Lease because, as set forth in the first prong of Broadway Metro's motion papers, it is Broadway Metro's position that the lease was already terminated as of June 28, 2010. Moreover, although Broadway Metro did seek alternative relief (specifically, the vacatur of the stay or, in the alternative, the dismissal of the proceeding), it also requested that the Court grant to it "such other and further relief as this Court may deem just, proper and equitable," which includes Debtor's immediate surrender of the Premises based upon the facts and circumstances presented herein.

Respectfully submitted,

Andrea J. Lawrence, Esq.

cc:   Robert Sasloff, Esq. (via email)
      Robert R. Leinwand, Esq. (via email)
      M. Teresa Daley, Esq.