# M. TERESA DALEY LAW OFFICES, P.C.

520 Eighth Avenue, 24th Floor
New York, New York 10018
Phone: 212-560-3943   Fax: 917-351-0983
e-mail address: alawrence@newmarkkf.com

M. Teresa Daley
----------

Andrea J. Lawrence
Of Counsel

December 8, 2010

Via e-mail at
scc.chambers@nysb.uscourts.gov

Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green – Courtroom 610
New York, New York 10004

    Re:   In re 2626 BWAY LLC
             Docket No.: 10-14731 (SCC)

Dear Judge Chapman:

    We represent Broadway Metro Associates L.P. As per our conversation with your court attorney, Mark Schneiderman, a status conference has been scheduled in this matter on December 15, 2010 at 10:00 a.m. At the conference, we would like to obtain a date in which to proceed with the hearing with respect to that portion of Broadway Metro Associates, L.P.'s motion to dismiss this proceeding on the basis it is a bad faith filing.

                               Respectfully submitted,

                               Andrea J. Lawrence, Esq.

cc:   Robert Sasloff, Esq. (via email)
       Robert R. Leinwand, Esq. (via email)
       M. Teresa Daley, Esq.