**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: 2626 BWAY, LLC | CASE NO.: 10–14731–scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 65–1291287 | CHAPTER: 11 |

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Shelley C. Chapman in this Chapter 11 case.

2626 BWAY, LLC was dismissed from the case on February 17, 2011 .

Dated: February 17, 2011               Vito Genna
                                      Clerk of the Court

# CERTIFICATE OF NOTICE

```
District/off: 0208-1           User: gwhite                 Page 1 of 2                   Date Rcvd: Feb 17, 2011
Case: 10-14731                 Form ID: 131                 Total Noticed: 56

The following entities were noticed by first class mail on Feb 19, 2011.
 db           +2626 BWAY, LLC,    131 Christopher Street,    2nd Floor,    New York, NY 10014-2842
 smg           N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
 smg           New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
                Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
 smg           New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                Albany, NY 12205-0300
 smg           United States Attorney,    One St. Andrew's Plaza,    Claims Unit - Room 417,
                New York, NY 10007-1701
 ust          +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122
5292791       +212 EQUITIES,    532 LAGUARDIA PLACE,    SUITE 167,    NEW YORK, NY 10012-1428
5301335       +ADAMS ROTHKRUG ESQ,    55 WATERMILL LAE,    SUITE 200,    GREAT NECK, NY 11021-4206
5292792       +ADG ARCHITECTURE & DESIGN GROUP,    ATTN CHRIS CARRANO,    20 WEST 36TH STREET,    4TH FLOOR,
                NEW YORK, NY 10018-8005
5301338       +AREK SURVEYING COMPANY,    58 EAST BEVERLY PARKWAY,    VALLEY STREAM, NY 11580-4205
5327412       +BAC Home Loans Servicing LP f/k/a Countrywide Home,    c/o Rosicki, Rosicki & Associates, P.C.,
                51 East Bethpage Road,    Plainview, NY 11803-4224
5292793       +BARSIMATOV PLUMBING CO. INC.,    ATTN JAKE JOA,    108-04 JAMAICA AVENUE,
                RICHMOND HILL, NY 11418-2242
5292794       +BROADWAY METRO ASSOCIATES LLP,    ATTN ALBERT BIALEK, ESQ,    249 WEST 34TH STREET,    2ND FLOOR,
                NEW YORK, NY 10001-2815
5301340       +CATALYST DEVELOPMENT GROUP,    ROBERT CHARLES,    28 WEST 36TH STREET,    SUITE 880,
                NEW YORK, NY 10018-8006
5292796       +CENT EQUITIES,    525 EAST 81ST STREET,    SUITE 3B,    NEW YORK, NY 10028-7066
5292797       +CLAUDE CASTRO & ASSOCIATES, PLLC,    ATTN CLAUDE CASTRO, ESQ,    355 LEXINGTON AVENUE, 14TH FLOOR,
                NEW YORK, NY 10017-6603
5292799       +CON EDISON,    4 IRVING PLACE,    NEW YORK, NY 10003-3598
5292798       +CON EDISON,    JAF STATION,    P.O. BOX 1702,    NEW YORK, NY 10116-1702
5292800       +CORNICELLO TENDLER & BAUMEL-CORNICELLO,    ATTN DAVID TENDLER, ESQ,    2 WALL STREET,    20TH FLOOR,
                NEW YORK, NY 10005-2045
5292801       +CP30,    131 CHRISTOPHER STREET,    NEW YORK, NEW YORK 10014-2842
5301345       +CP30 HOLDINGS LLC,    131 CHRISTOPHER STREET,    NEW YORK, NEW YORK 10014-2842
5320615       +Consolidated Edison Company of New York, Inc.,    4 Irving Place, Room 1875-S,
                New York, New York 10003-3502,    Attn: Bankruptcy Group
5292802       +DIXON MAINTENANCE GROUP,    ATTN GREG DIXON,    720 FENIMORE STREET,    BROOKLYN, NY 11203-1802
5292803       +ELENOFF & GROSSMAN SCHOLE LLP,    ATTN ALAN SCHOLE, ESQ,    150 EAST 42ND STREET,    11TH FLOOR,
                NEW YORK, NY 10017-5659
5317292        ELLENOFF GROSSMAN & SCHOLE LLP,    ATTN: ALLEN SCHOLE, ESQ,    150 EAST 42ND STREET,    11TH FLOOR,
                NEW YORK, NY 10017-5659
5292804       +FT WASHINGTON ASSOCIATES, INC,    525 EAST 82ND STREET,    SUITE 7G,    NEW YORK, NY 10028-7158
5301350       +FUNDEX CAPITAL COMPANY,    535 5TH AVENUE,    26TH FLOOR,    NEW YORK, NY 10017-3676
5301351       +GILL DI LUCIA ESQ,    265 EAST 66TH STREET,    SUITE 3B,    NEW YORK, NY 10065-6405
5301353       +JACK JAFFA AND ASSOCIATES,    56 WILLOUGHBY STREET,    SECOND FLOOR,    BROOKLYN, NY 11201-5212
5301354       +JOE ESPOSITO,    CORPORATE BUILDERS,    248-22 JERICHO TURNPIKE,    BELLROSE TERRACE, NY 11001-4002
5292806       +JOHN SOUTO,    131 CHRISTOPHER STREET,    NEW YORK, NY 10014-2842
5292807       +LIVER AND SWEENEY PLUMBING LTD,    ATTN JAKE JOA,    108-04 JAMAICA AVENUE,
                RICHMOND HILL, NY 11418-2242
5301357       +LMW ENGINEERING,    2539 BRUNSWICK AVENUE,    LINDEN, NJ 07036-2433
5296141       +M. Teresa Daley Law Offices, P.C.,    520 Eighth Avenue, 24th Floor,
                New York, New York 10018-6507,    Attn: M. Teresa Daley, Esq.
5301366       +MANAGED BY SOUTO,    162 CHRISTOPHER STREET,    NEW YORK, NY 10014-2814
5301358       +MANHATTAN NEON SIGN CORPORATION,    640 WEST 28TH STREET,    NEW YORK, NY 10001-1118
5301359       +MEHANDES ENGINEERING,    1150 AVENUE OF THE AMERICAS,    5TH FLOOR,    NEW YORK, NY 10036-2701
5301360       +MUESER RUTLEDGE CONSULTING ENGINEER,    225 WEST 34TH STREET,    NEW YORK, NY 10122-0049
5292808       +MUESER RUTLEDGE CONSULTING ENGINEER,    225 WEST 34TH STREET,    14 PENN PLAZA,
                NEW YORK, NY 10122-0049
5292810        NEW YORK STATE DEPARTMENT OF FINANC,    BANKRUPTCY/SPECIAL PROCEDURES SECT,    P.O. BOX 5300,
                ALBANY, NY 12205-0300
5292811       +NYS UNEMPLOYMENT INSURANCE FUND,    P.O. BOX 551,    ALBANY, NY 12201-0551
5292809       +New York City Dept of Environ Prote,    NYC Water Board,    P.O. Box 410,    Church Street Station,
                New York, New York 10008-0410
5292812       +RAMDEEN ELECTRIC CORP.,    ATTN JOHN CHIUSSANO,    1014 CAMBELL WAY,    TOBHANNA, PA 18466-4035
5292813       +RODNEY GIBBLE CONSULTING ENEGINEERS,    ATTN RODNEY GIBBLE,    19 WEST 21ST STREET,    SUITE 501,
                NEW YORK, NY 10010-6874
5292814       +ROYAL BLUE REALTY HOLDINGS, INC,    162 CHRISTOPHER STREET,    NEW YORK, NY 10014-2814
5347917       +Rosicki, Rosicki & Associates, PC,    By: Barbara Dunleavy, Esq.,
                Attorneys for BAC Home Loans Servicing,,    51 E. Bethpage Road,    Plainview, NY 11803-4224
5301367       +SEYMOUR HUROWITZ ESQ,    19 WEST 44TH STREET,    SUITE 1507,    NEW YORK, NY 10036-6101
5301368       +SHERWOOD SALVAN ESQ,    575 MADISON AVENUE,    SUITE 1006,    NEW YORK, NY 10022-8511
5292815       +SILVER STAR PLUMBING COMPANY,    ATTN JAKE JOA,    108-04 JAMAICA AVENUE,
                RICHMOND HILL, NY 11418-2242
5292816       +SOUTO NEW YORK EQUITIES, INC.,    131 CHRISTOPHER STREET,    NEW YORK, NEW YORK 10014-2842
5292817       +SOUTO NEW YORK, INC.,    131 CHRISTOPHER STREET,    NEW YORK, NEW YORK 10014-2842
5301333       +TRAVELERS INDEMNITY COMPANY,    900 WATERVLIET-SHAKER ROAD,    SUITE 220,    ALBANY, NY 12205-1088
5292818       +URBAN OUTFITTERS,    5000 SOUTH BROAD STREET,    PHILADELPHIA, PA 19112-1495
5292819        VILAN ELECTRIC, LTD,    ATTN JOHN CHUISSANO,    1984 CAMBELL WAY,    TOBYHANNA, PA 18466

The following entities were noticed by electronic transmission on Feb 17, 2011.
 smg           EDI: IRS.COM Feb 17 2011 18:58:00      Internal Revenue Service,    290 Broadway,
                Insolvency 5th fl,    New York, NY  10007
5292805        EDI: IRS.COM Feb 17 2011 18:58:00      INTERNAL REVENUE SERVICE,    P.O. BOX 21126,
                PHILADELPHIA, PA 19114
                                                                                              TOTAL: 2
```

```
District/off: 0208-1             User: gwhite               Page 2 of 2                Date Rcvd: Feb 17, 2011
Case: 10-14731                   Form ID: 131               Total Noticed: 56

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5292795         BROADWAY METRO ASSOCIATES LP
5301334*       +212 EQUITIES,   532 LAGUARDIA PLACE,   SUITE 167,   NEW YORK, NY 10012-1428
5301336*       +ADG ARCHITECTURE & DESIGN GROUP,   ATTN CHRIS CARRANO,   20 WEST 36TH STREET, 4TH FLOOR,
                 NEW YORK, NY 10018-8005
5301337*       +BARSIMATOV PLUMBING CO. INC.,   ATTN JAKE JOA,   108-04 JAMAICA AVENUE,
                 RICHMOND HILL, NY 11418-2242
5301339*       +BROADWAY METRO ASSOCIATES LLP,   ATTN ALBERT BIALEK, ESQ,   249 WEST 34TH STREET,   2ND FLOOR,
                 NEW YORK, NY 10001-2815
5301341*       +CENT EQUITIES,   525 EAST 81ST STREET,   SUITE 3B,   NEW YORK, NY 10028-7066
5301346*       +CLAUDE CASTRO & ASSOCIATES, PLLC,   ATTN CLAUDE CASTRO, ESQ,   355 LEXINGTON AVENUE, 14TH FLOOR,
                 NEW YORK, NY 10017-6603
5301343*       +CON EDISON,   4 IRVING PLACE,   NEW YORK, NY 10003-3598
5301342*       +CON EDISON,   JAF STATION,   P.O. BOX 1702,   NEW YORK, NY 10116-1702
5301344*       +CORNICELLO TENDLER & BAUMEL-CORNICELLO,   ATTN DAVID TENDLER, ESQ,   2 WALL STREET, 20TH FLOOR,
                 NEW YORK, NY 10005-2045
5301348*       +DIXON MAINTENANCE GROUP,   ATTN GREG DIXON,   720 FENIMORE STREET,   BROOKLYN, NY 11203-1802
5301349*       +ELENOFF & GROSSMAN SCHOLE LLP,   ATTN ALAN SCHOLE, ESQ,   150 EAST 42ND STREET, 11TH FLOOR,
                 NEW YORK, NY 10017-5659
5301347*       +FT WASHINGTON ASSOCIATES, INC,   525 EAST 82ND STREET,   SUITE 7G,   NEW YORK, NY 10028-7158
5301352*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   INTERNAL REVENUE SERVICE,   P.O. BOX 21126,   PHILADELPHIA, PA 19114)
5301355*       +JOHN SOUTO,   131 CHRISTOPHER STREET,   NEW YORK, NY 10014-2842
5301356*       +LIVER AND SWEENEY PLUMBING LTD,   ATTN JAKE JOA,   108-04 JAMAICA AVENUE,
                 RICHMOND HILL, NY 11418-2242
5301362*        NEW YORK STATE DEPARTMENT OF FINANC,   BANKRUPTCY/SPECIAL PROCEDURES SECT,   P.O. BOX 5300,
                 ALBANY, NY 12205-0300
5301363*       +NYS UNEMPLOYMENT INSURANCE FUND,   P.O. BOX 551,   ALBANY, NY 12201-0551
5301361*       +New York City Dept of Environ Prote,   NYC Water Board,   P.O. Box 410,   Church Street Station,
                 New York, New York 10008-0410
5301364*       +RAMDEEN ELECTRIC CORP.,   ATTN JOHN CHIUSSANO,   1014 CAMBELL WAY,   TOBHANNA, PA 18466-4035
5301365*       +RODNEY GIBBLE CONSULTING ENEGINEERS,   ATTN RODNEY GIBBLE,   19 WEST 21ST STREET, SUITE 501,
                 NEW YORK, NY 10010-6874
5301369*       +SILVER STAR PLUMBING COMPANY,   ATTN JAKE JOA,   108-04 JAMAICA AVENUE,
                 RICHMOND HILL, NY 11418-2242
5301370*       +SOUTO NEW YORK EQUITIES, INC.,   131 CHRISTROPHER STREET,   NEW YORK, NEW YORK 10014-2842
5301371*       +SOUTO NEW YORK, INC.,   131 CHRISTOPHER STREET,   NEW YORK, NEW YORK 10014-2842
5301372*       +URBAN OUTFITTERS,   5000 SOUTH BROAD STREET,   PHILADELPHIA, PA 19112-1495
5301373*        VILAN ELECTRIC, LTD,   ATTN JOHN CHUISSANO,   1984 CAMBELL WAY,   TOBYHANNA, PA 18466
                                                                                   TOTALS: 1, * 25, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2011**          **Signature:**    _Joseph Speetjens_